UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION



FILED
NOV 29 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. |
| ) | |
| v. ) | **4:17CR00549 JAR/DDN** |
| ) | |
| ANTHONY DOMONTAY MARION, a/k/a ) | |
| "Bird," and ) | |
| LAUREN NICOLE MARTINEZ, a/k/a ) | |
| "Nikki," ) | |
| ) | |
| ) | |
| Defendants. | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about February 26, 2016, in St. Charles County, within the Eastern District of Missouri, the defendants,

**ANTHONY DOMONTAY MARION, a/k/a "Bird,"
and LAUREN NICOLE MARTIENZ, a/k/a "Nikki,"**

did knowingly and intentionally distribute heroin, a Schedule I controlled substance, in

violation of Title 21, United States Code, Section 841(a) and Title 18, United States Code, Section 2, and;

      that the death of J.W., a person whose identity is known to the Grand Jury, resulted from the use of such heroin distributed by defendants, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

                                                                A TRUE BILL.

                                                                 FOREPERSON

JEFFREY B. JENSEN  
United States Attorney

SIRENA MILLER WISSLER #55374MO  
Assistant United States Attorney  
111 South 10th Street, Room 20.333  
St. Louis, MO   63102  
(314) 539-2200